MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Jason Alan Hutson, Crystal Marie Hutson     Chapter 7 Case No. 10-30530

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| CSI Media Inc<br>C/o United Credit Service Inc.<br>PO Box 740, 15 N. Lincoln Street<br>Elkhorn, WI 53121 | 8 | $29.39 | $0.90 |

Dated: December 28, 2010

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111